

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00465-CV

Jaydeep **SHAH**, M.D.,
Appellant

v.

**STAR ANESTHESIA, P.A.**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-04393
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 22, 2019.

_____
Patricia O. Alvarez, Justice